UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>Benigno ICIDA-Ortiz,<br><br>               Defendant. | Magistrate Docket No. '21 MJ4562<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |

The undersigned complainant being, duly sworn, states:

On or about November 23, 2021, within the Southern District of California, defendant Benigno ICIDA-Ortiz, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely Efrain GUEVARA-Cuevas, Roberto MEDINA-Laguna, Saul Seneca YACILA-Ramirez and B. Y. A. (a juvenile), had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(l)(A)(i).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON November 24, 2021

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Benigno ICIDA-Ortiz

## PROBABLE CAUSE STATEMENT

The complainant states that Efrain GUEVARA-Cuevas, Roberto MEDINA-Laguna, Saul Seneca YACILA-Ramirez and B. Y. A. (a juvenile), are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 22, 2021, at approximately 10:58 PM, The United States Coast Guard Sector San Diego Boarding Officers L. Garrison and T. Mckiernan encountered vessel approximately 10 nautical miles off the coast of Point Loma, San Diego, California, after it was observed crossing the United States/Mexico Maritime Boundary. Boarding Officers Garrison and Mckiernan activated their emergency lights and ordered the vessel to heave to. Boarding Officers Garrison and Mckiernan boarded the vessel, detained the driver, described as being heavyset and wearing a blue jacket, and were told by the passengers that they were citizens of Mexico. Boarding Officers Garrison and Mckiernan Officer took all the individuals on the vessel and transported them to the Mission Bay Lifeguard Station. At approximately 11:09 PM The United States Coast Guard Sector San Diego, contacted the San Clemente Border Patrol Station for assistance with 13 individuals in custody. The United States Coast Guard Cutter, Robert Ward small boat code name Utah was transporting 13 individuals they encountered out at sea during their patrol.

On November 22, 2021, Border Patrol Agent A. Lara responded to the call and arrived at 2581 Quivara Ct, San Diego, California 92109. On November 23, 2021, at approximately 12:20 AM, Agent Lara identified himself as a United States Border Patrol Agent to the 13 individuals and conducted an immigration inspection. 12 of the individuals each stated that they were born in and are citizens of Mexico. One individual stated he was born in and citizen of Peru. Each of the 13 individuals stated that they are not in possession of any immigration documents allowing them to enter or remain in the United States legally. Agent Lara asked each of the 13 individuals if they crossed into the United States illegally via a boat, each of the 13 individuals stated yes. At approximately 12:30 AM, Agent Lara placed the 13 individuals, including one later identified as defendant Benigno ICIDA-Ortiz, and material witnesses Efrain GUEVARA-Cuevas, Roberto MEDINA-Laguna, Saul Seneca YACILA-Ramirez and B. Y. A. (a juvenile), under arrest.

On November 23, 2021 at 4:34 AM, ICIDA agreed to speak without an attorney present. ICIDA stated that he was approached by an unknown individual and offered a job transporting

**CONTINUATION OF COMPLAINT:**
**Benigno ICIDA-Ortiz**

people into the United States. ICIDA was told that he was going to be paid $3,000 USD that he was tasked with taking 11 individuals to San Diego, California. ICIDA stated that he drove the vessel north for a few hours before an individual later identified as B. Y. A. (a juvenile) told him that he was going to take over operating the vessel so he could rest. ICIDA stated that they continued to switch controlling the vessel until they were apprehended.

On November 23, 2021, the material witnesses in this event stated that they paid $10,000 USD to $17,500 USD to be smuggled into the United States. Two of the four material witnesses, GUEVARA and YACILA positively identified Benigno ICIDA-Ortiz in a photo line-up as being the captain. GUEVARA and YACILA stated that B. Y. A. (a juvenile) assisted ICIDA in driving the vessel.